IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen<br>Court Reporter: Gwen Daniel<br>Interpreter: Susana Cahill | Date: December 4, 2015<br>Probation: Paige Meador and<br>Andrea Bell<br>Time: 60 minutes |

_____

| | |
|---|---|
| Criminal Action No. 14-cr-00241-WJM | <u>Counsel:</u> |
| UNITED STATES OF AMERICA, | Rebecca Weber |
|      Plaintiff, | |
| v. | |
| 1.  RODRIGO GAYTON-ALDAY, | Gregory Daniels |
|      Defendant. | |

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

02:05 p.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the Interpreter.

Oath administered to the defendant.

Sentencing Statement by Ms. Weber

Sentencing Statement by Mr. Daniels

1

The Court addresses the objections to the Presentence Investigation Report and enters rulings on the record.

**ORDERED:** **There being no objection to the Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G § 3E1.1(b) [57], the motion is GRANTED.**

**ORDERED:** **There being no objection to the Defendant's oral motion for a one level downward variance in exchange for the defendant's appellate waiver, the motion is GRANTED.**

Argument regarding the Motion for Variant Sentence [53]

Defendant's Allocution

**ORDERED:** **The Motion for Variant Sentence [53] is GRANTED.**

Defendant plead guilty to on the sole count of the Indictment on September 3, 2015.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant Rodrigo Gaytan-Alday, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 54 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**No period of supervised release is imposed.**

**The defendant is advised that if he re-enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.**

**The mandatory drug testing provisions of § 3563(a)(5) are waived because it is likely that the defendant will be removed from this country.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:   The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:   Defendant has no ability to pay a fine, and the fine is waived.**

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

03:05 p.m.    Court in Recess
              Hearing concluded